# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DONALD E. MOLLET & BRIDGETTE E. MOLLET  Case Number: 04-71927
32323 MAIN STREET
KIRKLAND, IL  60146  SSN-xxx-xx-6770 & xxx-xx-2165

Case filed on: 4/9/2004
Plan Confirmed on: 9/10/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,274.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JACQUELINE MONTVILLE | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 999 | DONALD E. MOLLET | 0.00 | 0.00 | 10.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 10.00 | 0.00 |
| 001 | GE AUTO FINANCIAL SERVICES | 7,000.00 | 7,000.00 | 7,000.00 | 2,811.91 |
|  | Total Secured | 7,000.00 | 7,000.00 | 7,000.00 | 2,811.91 |
| 001 | GE AUTO FINANCIAL SERVICES | 1,268.30 | 1,268.30 | 294.11 | 0.00 |
| 002 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ATTORNEY KENNETH R MCEVOY | 10,023.56 | 10,023.56 | 2,324.35 | 0.00 |
| 004 | CAVALRY INVESTMENTS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS STUDENT ASSISTANCE COMM | 2,243.94 | 0.00 | 0.00 | 0.00 |
| 006 | JEFFREY T. CARON O.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | RRCA ACCOUNTS MANAGEMENT | 279.03 | 279.03 | 64.70 | 0.00 |
| 008 | RRCA ACCOUNTS MANAGEMENT | 108.65 | 108.65 | 25.20 | 0.00 |
|  | Total Unsecured | 13,923.48 | 11,679.54 | 2,708.36 | 0.00 |
|  | Grand Total: | 22,623.48 | 20,379.54 | 11,418.36 | 2,811.91 |

Total Paid Claimant:  $14,230.27
Trustee Allowance:  $1,043.73
Percent Paid Unsecured:  23.19

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/24/2008          By  /s/Heather M. Fagan